# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MATTHEW GRADY AND MELICIA
GRADY, INDIVIDUALLY AND AS
REPRESENTATIVES OF THE
MINOR, ELEANOR GRADY

VERSUS

MIA NICOLE AHLES, LITTLE
PEOPLE'S PLAY STATION, LLC,
AND MARKEL INSURANCE COMPANY

NO.  2025 CW 1340

**APRIL 20, 2026**

---

In Re:   Mia Ahles and GoAuto Insurance Company, applying for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 702107.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT